# United States District Court
## Middle District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SIDNEY LAVELL JARVIS<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:   3:98CR00067-001-JVP<br><br>Richard M. Upton, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]   admitted guilt to violation of condition(s) <u>Viol. 1 - Stand. Cond. #9; Viol. 2 - Mand. Cond.</u> of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

| <u>Violation Number</u> | <u>Nature of Violation</u> | <u>Date Violation<br>Occurred</u> |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _7_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 18, 2009
Date of Imposition of Sentence

_____
Signature of Judicial Officer

JAMES J. BRADY, United States District Judge
Name & Title of Judicial Officer

7-14-09
Date


USAtty

CASE NUMBER:      3:98CR00067-001-JVP                                    Judgment - Page 2 of 6
DEFENDANT:        SIDNEY LAVELL JARVIS

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1- Standard Condition #9 | "The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer." | May 24, 2008 |

The defendant has associated with Vernessa Battley, who was previously convicted of Possession of a Firearm by a Convicted Felon; a felony, in violation of 18 U.S.C. § 922(g)(1). Ms. Battley pled guilty to the felony on May 24, 1999, in the Middle District of Louisiana under Docket No.: 99-38-B-M2.

Both Vernessa Battley and Sidney Jarvis are currently on federal supervision in the Middle District of Louisiana assigned to Sr. U.S. Probation Officer Lisa Carroll. The defendant did not have the permission of USPO Carroll to associate with Vernessa Battley.

Baton Rouge Police Department Report Number F116830-08, indicates officers arrested Sidney Jarvis on November 5, 2008, for domestic abuse battery on Battley at 7218 Town South, Apt. K, Baton Rouge, Louisiana. Battley also resides as this address. Jarvis advised USPO Carroll he resides at 7136 Albatross, Baton Rouge with his mother on his most recent monthly report. On 11/5/08, Battley advised officers that she and Jarvis have been in a relationship for approx. 18 months, and that during this time they have lived together. She told officers that Jarvis has abused her on several occasions, one requiring medial attention. Battley advised that on 11/5/08, Jarvis became angry with her because she would not take the dog outside. Jarvis shoved her in the chest, causing her to fall on the sofa and told her, " will beat this dog like I beat you.: Battley fled residence and notified police. As the officers were talking to Battley, they observed Jarvis walking around the complex. He appeared to be looking for Battley. Officers arrested Jarvis and referred

| | | |
|---|---|---|
| CASE NUMBER: | 3:98CR00067-001-JVP | Judgment - Page 3 of 6 |
| DEFENDANT: | SIDNEY LAVELL JARVIS | |

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Date Violation Concluded** |
|---|---|---|
| | A detective from the Major Assault Division contacted this office and advised she investigated two recent incidences where Battley alleged that Jarvis had physically abuse her. Upon investigation and collection of Battley's medical records from one of those incidences, the Baton Rouge Police Dept. added a 2nd Degree Battery charge to Jarvis.<br><br>It should be noted that one of the prior incidences investigated by the Baton Rouge Police Department under F-907092-08 indicates that on August 1, 2008 at the Town South residence, Jarvis Suffered a gun shot wound to his finger for which he sought medical treatment. Neither Jarvis are Battley were arrested for this incident.<br><br>Jarvis remains incarcerated at EBRP Prison on these charges as of this writing. | |
| 2 - Mandatory Condition | "The defendant shall not commit another federal, state, or local crime."<br><br>On February 2, 2009, the defendant entered a plea of guilty to Domestic Abuse Battery in the 19th JDC, East Baton Rouge Parish, Baton Rouge, Louisiana, Case No. 01-09-0777. The defendant was given a six month custody sentence with credit for time served since November 5, 2008. | February 2, 2009 |

AO 245B    (Rev. 03/01) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:     3:98CR00067-001-JVP                                           Judgment - Page 4 of 6
DEFENDANT:       SIDNEY LAVELL JARVIS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>12 months</u>.

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                              _____
                                                              UNITED STATES MARSHAL

                                                        By    _____
                                                              Deputy U.S. Marshal

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
    Sheet 6 - Criminal Monetary Penalties

CASE NUMBER:    3:98CR00067-001-JVP                       Judgment - Page 5 of 6
DEFENDANT:      SIDNEY LAVELL JARVIS

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ | $ | $ |

[] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
|  | TOTALS: | $ ____ | $ ____ |

[ ] If applicable, restitution amount ordered pursuant to plea agreement .......... $ ____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _.

[ ] The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until up to 60 days. An amended Judgment in a Criminal Case will be entered after such determination.

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement for the fine is waived.

    [ ] The interest requirement for the fine is modified as follows:

## RESTITUTION

[ ] The court modifies or waives interest on restitution as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
      Sheet 6 - Criminal Monetary Penalties

CASE NUMBER:       3:98CR00067-001-JVP                                                                Judgment - Page 6 of 6
DEFENDANT:         SIDNEY LAVELL JARVIS

# SCHEDULE OF PAYMENTS

   Having accessed the defendant's ability to pay, payment of the total fine and other criminal monetary penalties are due as follows:

A   [ ]   Lump sum of $ _ due immediately, balance due

          [] not later than _, or
          [] in accordance     [] C, [] D, [] E, or [] F below; or

B   [ ]   Payment to begin immediately (may be combined with [] C, [] D, or [] F below); or

C   [ ]   Payment in equal _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years) to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D   [ ]   Payment in equal _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years) to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   []    Payment during the term of supervised release will commence within _(e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   [ ]   Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during imprisonment.  All criminal monetary payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

   [ ]   Joint and Several

          Case Number                                                                          Joint and Several
   (Including defendant number)         Defendant Name                                         Amount



   [ ]   The defendant shall pay the cost of prosecution.

   []    The defendant shall pay the following court costs:


   [ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.